**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| PETER KAUFMANN, | Case No. 2:17-cv-01404-JFC |
| Plaintiff, | Honorable Joy Flowers Conti |
| v. | |
| MEDICAL DATA SYSTEMS, INC., | **NOTICE OF SETTLEMENT** |
| Defendant | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a

settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to

dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date:   January 30, 2018

By:   s/ Jeffrey S. Hyslip_____
    Jeffrey S. Hyslip, Esq.
    HYSLIP & TAYLOR, LLC, LPA
    1100 W. Cermak Rd., Suite B410
    Chicago, IL  60608
    (P) 312-380-6110
    (F) 312-361-3509
    (E) jeffrey@lifetimedebtsolutions.com
    OH 0079315
    *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:


Jonathan Dryer, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
2001 Market Street, Suite 3100
Philadelphia, PA  19103

*Counsel for Defendant*


s/ Jeffrey S. Hyslip